# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 11-649 |
| v. : | CIVIL NO. 15-6286 |
| ROBERT ODOM : | |

## ORDER

**AND NOW**, this 22nd day of June, 2016, upon consideration of the Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (Doc. No. 111), and the Government's Response (Doc. No. 117), it is hereby **ORDERED** that the Motion is **DENIED**.

There is no probable cause to issue a Certificate of Appealability.

BY THE COURT:

/s/  Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE